No. 96–915.  ASSOCIATED INDUSTRIES OF FLORIDA, INC., ET AL. *v.* AGENCY FOR HEALTH CARE ADMINISTRATION ET

AL. Sup. Ct. Fla. Certiorari denied.